# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

January 9, 2003

Before

Hon. WILLIAM J. BAUER, Circuit Judge

Hon. FRANK H. EASTERBROOK, Circuit Judge

Hon. DANIEL A. MANION, Circuit Judge

No. 02-1599

UNITED STATES OF AMERICA,
          Plaintiff-Appellee,

    v.

CARLAN D. HODGES,
          Defendant-Appellant.

Appeal from the United States
District Court for the
Southern District of Illinois.

No. 99-CR-40009

Richard Mills,
Judge.

O R D E R

The opinion of this court issued this date is hereby corrected.  The district court number in the caption incorrectly indicated a civil case and should have been 99-CR-40009.